```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 17964
    SARA SANDERS
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
           Debtor
    SSN XXX-XX-8029

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/01/2007 and was not confirmed.

     The case was dismissed without confirmation 01/24/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS   CURRENT MORTG           .00           .00           .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE       16829.00          .00           .00
COUNTRYWIDE HOME LOANS   CURRENT MORTG           .00           .00           .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE         617.00          .00           .00
EMC MORTGAGE             CURRENT MORTG           .00           .00           .00
EMC MORTGAGE             MORTGAGE ARRE       35311.21          .00           .00
LITTON LOAN SERVICING    CURRENT MORTG           .00           .00           .00
LITTON LOAN SERVICING    MORTGAGE ARRE        7304.11          .00           .00
CAPITAL ONE              UNSECURED         NOT FILED           .00           .00
CAPITAL ONE              UNSECURED         NOT FILED           .00           .00
VILLAGE RADIOLOGY        UNSECURED         NOT FILED           .00           .00
DFS/CIT                  UNSECURED         NOT FILED           .00           .00
DIRECT MERCHANTS BANK    UNSECURED         NOT FILED           .00           .00
FIRST BANK OF MARIN      UNSECURED         NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE UNSECURED         NOT FILED           .00           .00
DONALD ADAMS             NOTICE ONLY       NOT FILED           .00           .00
SAMUEL JONES             NOTICE ONLY       NOT FILED           .00           .00
OAK PARK RIVER FOREST SC UNSECURED         NOT FILED           .00           .00
BENNIE W FERNANDEZ       DEBTOR ATTY            .00                          .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                          ---------------     ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 17964 SARA SANDERS
```

```
TOTALS                                         .00                   .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 04/23/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```